Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 18−33797−CMG
                        Chapter: 7
                        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott Michael Cuomo
   dba Xlosphere Inc.
   6 Arlington Drive
   Marlboro, NJ 07746

Social Security No.:
   xxx−xx−6075

Employer's Tax I.D. No.:
   47−5181104

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 30, 2019</u>                <u>Christine M. Gravelle</u>
                                       Judge, United States Bankruptcy Court